UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONTE MARKELL HENRY, | No. 5:19-cv-01915-GW (JDE) |
| Plaintiff, | |
| v. | ORDER DISMISSING COMPLAINT |
| ANTHONY KING, et al., | |
| Defendants. | |

On October 7, 2019, Donte Markell Henry ("Plaintiff"), proceeding pro se and then an inmate at the West Valley Detention Center in Rancho Cucamonga, California, filed a civil rights complaint asserting claims for damages against government employees relating to his arrest and confinement. Dkt. 1. The Complaint was not accompanied by a filing fee or a request to proceed in forma pauperis ("IFP").

All parties instituting any civil action in a district court, except an application for writ of habeas corpus, must pay a filing fee of $400. [1] See 28

---

[1] In addition to a $350 filing fee, civil litigants must pay an administrative fee of $50. See 28 U.S.C. § 1914 (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14). The additional $50 fee does not apply to persons granted leave to proceed IFP. See id.

U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP under 28 U.S.C. § 1915(a). See Andrew v. Cervantes, 493 F.3d 1047, 1051 (9th Cir. 2007).

Plaintiff has not prepaid the $350 filing or $50 administrative fee required to commence this civil action, nor has he submitted a properly supported request to proceed IFP.

On October 17, 2019, the assigned magistrate judge issued an order advising Plaintiff of the deficiencies, directing Plaintiff to pay the filing fee or file a properly supported IFP request within 30 days, and warning Plaintiff that a failure to do so would result in a recommendation that the action be dismissed. Plaintiff has still not paid the required filing fee, filed a request to proceed IFP, or sought additional time in which to do so. Thus, his case cannot proceed. See 28 U.S.C. § 1914(a); Andrews, 493 F.3d at 1051.

IT IS THEREFORE ORDERED that the case be immediately DISMISSED without prejudice and Judgment be entered accordingly.

Dated: December 17, 2019

_____
GEORGE H. WU
United States District Judge

Presented by:

_____
JOHN D. EARLY
United States Magistrate Judge

2