JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| DONTE MARKELL HENRY, | ) | No. 5:19-cv-01915-GW (JDE) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| ANTHONY KING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Order Dismissing Complaint, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated:  December 17, 2019

_____
GEORGE H. WU
United States District Judge